FID 115 40151

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF COLUMBIA

United States of America
v.

GERMAINE L. GRAHAM

*Defendant*

)
)
)
)
)
)

**Case: 1:23-cr-00117**
**Assigned to: Judge Contreras, Rudolph**
**Assign Date: 4/6/2023**
**Description:  INDICTMENT (B)**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      GERMAINE L. GRAHAM                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

VIOLATIONS:
18 U.S.C. § 1343 (Wire Fraud);18 U.S.C. § 1028A (Aggravated Identity Theft)

FORFEITURE ALLEGATION:
18 U.S.C. § 981(a)(1)(C), 28 U.S.C.§ 2461(c); and 21 U.S.C. § 853(p)

Robin M. Meriweather
Digitally signed by
Robin M. Meriweather
Date: 2023.04.06
15:28:52 -04'00'

Date:   04/06/2023

*Issuing officer's signature*

City and state:      Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/19/2023, and the person was arrested on *(date)* 4/19/203 at *(city and state)* DC   DC . |
| Date: 4/19/2023          *Arresting officer's signature*          Trejo   DUSM *Printed name and title* |